ESTELLA W. BOGART, as Administratrix, etc., of CYRUS J. BOGART, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

HELEN DANIELS, by CHRISTOPHER DANIELS, Her Guardian ad Litem, Respondent, v. HENRY JOHNSTONE and AMELIA JOHNSTONE, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Blackmar, JJ.

WILLIAM F. McCOMBS, Respondent, v. WILLIAM D. BUCKNER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT DE BOCK, Respondent, v. WILLIAM H. SEAMAN, as Supervisor of the Town of Oyster Bay, Nassau County, New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

SEXAUER & LEMKE, Respondent, v. LUKE A. BURKE & SONS COMPANY and Others, Defendants. GLOBE INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Blackmar, JJ.

CONSTANT F. WHITNEY and Others, Respondents, v. CONSIDINE INVESTING COMPANY, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

STELLA AVAZZANO, Appellant, v. BENIAMINO AQUARO-DEODATI, Respondent. (Action No. 1.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GAETANO AVAZZANO, Appellant, v. BENIAMINO AQUARO-DEODATI, Respondent. (Action No. 2.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

LOUIS CASTELLANO, as Trustee in Bankruptcy, etc., Respondent, v. LEO KRIEGL, Appellant, and GUSTAVE NEUGEBAUER, Defendant.— Order reversed, with ten dollars costs and disbursements, and the motion of plaintiff denied, and that of defendant granted, with ten dollars costs, with leave, however, to the plaintiff, within ten days, upon payment of such costs, to make and serve an amended complaint, upon the ground that paragraph III of the complaint is insufficient in that it fails to allege facts constituting any indebtedness of the assignor, Kriegl, at the time of the sale. We conclude, however, that in such an action the assignor is a proper party defendant. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.